# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

## PUBLIC JUDGMENT ALERT

DATE: February 7, 2023

TO: Clerk of the District and County Courts;
County Clerk;
U.S. District Court Deputy; and
U.S. Dept. of Justice

FROM: Laurie Guerra - Assistant Disciplinary Counsel
Dallas/Fort Worth Regional Office

RE: Judgment Results

Following an Evidentiary proceeding, the following sanction has been entered against the Respondent attorney.

| RESPONDENT and BAR NO. & DATE JUDGMENT ENTERED | CASE NO. CAUSE NO. | DISTRICT COURT NO. | SANCTION & EFFECTIVE DATE | RULE VIOLATIONS |
|---|---|---|---|---|
| Lauren Ashley Harris 24080932 02/07/23 | 202000647 | 14 - 2 | Default Judgment of Partially Probated Suspension<br><br>**Suspended Dates:** 02/01/23 – 07/31/23<br>**Probated Dates:** 08/01/23 – 02/01/24 | 1.01(b)(1) 1.03(a) |

If you wish to receive a copy of the above-referenced judgment, please contact this office.

The Princeton, 14651 Dallas Parkway, Suite 925, Dallas, Texas 75254
Telephone: (972) 383-2900, Facsimile: (972) 383-2935